

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,433

### EX PARTE GERALD DEWAYNE BUTLER, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 36,300-A IN THE 188TH DISTRICT COURT
## FROM GREGG COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to life imprisonment. The Sixth Court of Appeals affirmed his conviction. *Butler v. State*, 300 S.W.3d 474 (Tex. App.–Texarkana 2009).

Applicant contends that he attempted to file a petition for discretionary review after obtaining an extension of time from this Court and that his petition was wrongfully dismissed as untimely filed.

After a review of the habeas record, we find that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Sixth Court of Appeals in Cause No. 06-08-00194-CR that affirmed his conviction in Case No. 36,300-A from the 188th Judicial District Court of Gregg County. *Ex parte Riley*, 193 S.W.3d 900, 902 (Tex. Crim. App. 2006). Applicant shall file his petition for discretionary review with the Sixth Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: October 13, 2010
Do not publish